CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
DEC 14 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| YAYAH TALIB, ) | |
|    Plaintiff, ) | Civil Action No. 7:07-cv-00500 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| R. SMITH, et al., ) | By: Hon. Jackson L. Kiser |
|    Defendants. ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day it, is hereby

**ORDERED**

that plaintiff's Bivens claims shall be and hereby are **DISMISSED**, without prejudice, for failure to exhaust all available administrative remedies as required by 42 U.S.C. § 1997e(a). This case will be **STRICKEN** from the active docket of the court, and any outstanding motions are **DENIED as MOOT.**\*

The Clerk is directed to send certified copies of this order and accompanying memorandum opinion to plaintiff.

ENTER: This 14th day of December, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge

---

\* Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Civil Procedure by filing a notice of appeal with this court within thirty (30) days of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5) or 4(a)(6).